JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MEMIDO BALOGUN, [A205-719-427]<br><br>Plaintiff-Petitioner,<br><br>v.<br><br>JEFFERSON B. SESSIONS, III, ATTORNEY GENERAL, et al.,<br><br>Defendants-Respondents. | Case No. 2:18-cv-03368-SK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Jurisdiction, **IT IS ADJUDGED** that this action is dismissed.

DATED: August 31, 2018

HON. STEVE KIM
U.S. MAGISTRATE JUDGE